158

46 A.3d 1284

**Appeal of LP GROUP 2, INC. from a Decision
by the Board of Labor Standards.**

**Petition of Garnett C. Littlepage.**

**No. 12 EM 2012.**

Supreme Court of Pennsylvania.

May 17, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of May, 2012, the Petition for Review is **DENIED.**